SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
------------------------------------------------------------------------X
MARQUIS COLLIER,

                          Plaintiff,                         **PROPOSED ORDER**
                                                                        **TO PRODUCE**

        -against-

CITY OF MOUNT VERNON; CITY OF MOUNT
VERNON POLICE DETECTIVE CAMILO R.               19-CV-5230
ANTONINI; MOUNT VERNON POLICE                    (KMK)(AEK)
OFFICER ROBERT G. PUFF; and
MOUNT VERNON POLICE OFFICER
PATRICK KING,

                          Defendants.
------------------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendants will take the remote deposition of Plaintiff **MARQUIS COLLIER**, Register Number 79675-054, at USP Canaan, Waymart, Pennsylvania 18472, by videoconference, beginning on the 22nd day of August 2023, at 11:00 a.m., and continuing from day to day thereafter, or upon such adjourned date as may be agreed upon, until concluded. Pursuant to Rule 30(b)(3)(A) of the Federal Rules of Civil Procedure, the deposition will be recorded by stenographic and/or audiovisual means.

     **MARQUIS COLLIER**, Register Number 79675-054, is hereby **ORDERED** to be produced in a room that can accommodate the video link of the stenography company for his oral deposition at the Upstate Correctional Facility, USP Canaan, Waymart, Pennsylvania 18472 at 11:00 am on August 22, 2023.

SO ORDERED:

_____
HON. ANDREW E. KRAUSE, U.S.M.J.

Dated: White Plains, New York
       July 24, 2023