**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MARQUIS COLLIER,

                      Plaintiff,

-against-                                  19 **CIVIL** 5230 (KMK)

                                                      **JUDGMENT**

CITY OF MOUNT VERNON, et al.,

                      Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 4, 2024, Defendants' Motion for Summary Judgment is granted in its entirety; accordingly, the case is closed.

**Dated:** New York, New York

       September 4, 2024

                                                 **DANIEL ORTIZ**
                                                 **Acting Clerk of Court**

                        **BY:**          *K. Mango*

                                                   **Deputy Clerk**